## JOHNSON v. STATE.
### No. 22220.

Court of Criminal Appeals of Texas.
June 17, 1942.

Rehearing Denied Oct. 14, 1942.

M. E. Lawrence, of Eastland, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
June 17, 1942.

Rehearing Denied Oct. 14, 1942.

M. E. Lawrence, of Eastland, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Eastland County for the violation of the liquor law, and his punishment as-

sessed at twenty days' confinement in the county jail.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exceptions. In such condition nothing is presented for review.

The judgment is therefore affirmed.